Impleaded with Others, Defendants, and WILLIAM F. JANES and Others, Appellants.— Judgment affirmed, with costs. All concur.

AMERICAN FIELD STORAGE CORPORATION, Appellant, v. JOSEPH C. TRAUTMAN and Another, Respondents.— Judgment affirmed, with costs. All concur.

ROY C. KEENE, Appellant, v. SARAH B. KEENE, Respondent.— Order affirmed, with ten dollars costs and disbursements. Held, in view of the peculiar circumstances and the fact that a counterclaim is set up in the answer, we think the order refusing to permit the plaintiff to discontinue the action was proper. All concur.

---

FIRST DEPARTMENT, NOVEMBER, 1921.

BURNETTA E. BROWN, Appellant, v. MELANIE ROHRER, Respondent.

*Pleadings — motion by plaintiff for judgment on pleadings — order denying motion should not state that demurrer to complaint was sustained where defendant makes no counter-motion.*

APPEAL from order of the Supreme Court, dated the 27th day of July, 1921, and entered in the New York county clerk's office, denying plaintiff's motion for judgment on the pleadings.

PER CURIAM: The motion having been made by plaintiff for judgment on the pleadings, and no counter-motion having been made by the defendant, it becomes necessary to modify the order appealed from by striking out so much thereof as provides, " and the demurrer sustained; " and as so modified the order is affirmed, with ten dollars costs and disbursements to the respondent, with leave to the plaintiff to file an amended complaint within twenty days from service of the order to be entered hereon with notice of entry thereof, upon payment of said costs and ten dollars costs of motion at Special Term.   Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.   Order modified as indicated in opinion, and as so modified affirmed, with ten dollars costs and disbursements to respondent.

---

In the Matter of the Petition of GOLDWYN DISTRIBUTING CORPORATION, Petitioner, for an Order of Certiorari to Review a Final Determination of GEORGE H. COBB and Others, as and Constituting the MOTION PICTURE COMMISSION OF THE STATE OF NEW YORK, Respondents.

*Moving pictures — action of Motion Picture Commission in refusing license on ground that picture would tend to corrupt morals and incite to crime approved.*

CERTIORARI order dated October 21, 1921, to review a final determination of the Motion Picture Commission of the State of New York.

PER CURIAM: The picture in question having been exhibited to the